FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRELL NEUMILLER and KRISTIE NEUMILLER, husband and wife and the marital community comprised thereof,<br><br>                Plaintiffs,<br><br>v.<br><br>SMITH & NEPHEW, INC., a Delaware corporation; PLUS ORTHOPAEDICS, LLC, a Delaware limited liability company, formerly known ,<br><br>                Defendants. | NO: 2:19-CV-240-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

On July 12, 2019, Plaintiffs filed their Complaint, ECF No. 1. On October 16, 2019, the Court entered an Order directing Plaintiffs to show cause, within ten days of the filing of the Order, why this case should not be dismissed without prejudice for failure to timely effect service pursuant to Fed. R. Civ. P. 4(m). *See* ECF No. 2. To date, Plaintiffs have failed to show cause as directed and proof of service has not been provided.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Complaint, **ECF No. 1**, is **dismissed without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 3, 2019.

                                       *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                      United States District Judge